UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT WAYNE MOONEY, JR. | * | |
| | * | |
| VERSUS | * | CIVIL NO: 12-00969 |
| | * | |
| W&T OFFSHORE, INC., OFFSHORE | * | JUDGE LANCE M. AFRICK |
| SERVICES OF ACADIANA, LLC, AND | * | |
| THE MATTERHORN SEASTAR, *in rem* | * | MAG. DANIEL E. KNOWLES, III |
| SAFETY MANAGEMENT SYSTEMS, | * | |
| LLC, AND DR./EMT/HEALTHCARE | * | |
| PROVIDER, MIKE DOE | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

**NOW COME** Robert Wayne Mooney, Jr., Offshore Services of Acadiana, LLC and W&T Offshore, Inc., through their respective undersigned counsel, and upon suggesting to this Honorable Court that all claims asserted by Robert Wayne Mooney, Jr. and against Offshore Services of Acadiana, LLC and W&T Offshore, Inc. in Civil Action No. 12-969, Section "I" of the docket of this Honorable Court have been fully and completely settled and compromised, and the parties desire that all claims asserted in these proceedings by Robert Wayne Mooney, Jr. and against Offshore Services of Acadiana, LLC and W&T Offshore, Inc. be dismissed with prejudice; each party to bear its own costs.

Respectfully submitted,

*/s/ Richard. H Barker, IV*

**RICHARD H. BARKER, IV (#16798)**
228 St. Charles Avenue, Suite 501
New Orleans, LA  70130
Telephone:  (504) 581-7050
Facsimile:  (504) 581-7057
barkerlaws@aol.com
**Counsel for Robert Wayne Mooney, Jr.**

*/s/ Anthony J. Staines*

**ANTHONY J. STAINES (#12388)**
**COREY P. PARENTON (#32509)**
**STAINES & EPPLING**
3500 North Causeway Boulevard, Suite 820
Metairie, LA  70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
tony@staines-eppling.com
corey@staines-eppling.com
**Counsel for Offshore Services of Acadiana, LLC**

*/s/ George B. Jurgens, III*

**GEORGE B. JURGENS III (#7602)**
**JAMES D. BERCAW (#20492)**
**KING, KREBS & JURGENS, PLLC**
201 St. Charles Avenue, Suite 4500
New Orleans, LA  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
gjurgens@kingkrebs.com
jbercaw@kingkrebs.com
**Counsel for W&T Offshore, Inc.**

## CERTIFICATE OF SERVICE

   I do hereby certify that I have electronically filed a copy of the above and foregoing has been served upon all counsel of record through the CM/ECF system which sends electronic notice to all counsel of record, on January 31, 2014.

                                     */s/ Anthony J. Staines*