UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT WAYNE MOONEY, JR. | * | |
| | * | |
| VERSUS | * | CIVIL NO:  12-00969 |
| | * | |
| W&T OFFSHORE, INC., OFFSHORE | * | JUDGE LANCE M. AFRICK |
| SERVICES OF ACADIANA, LLC, AND | * | |
| THE MATTERHORN SEASTAR, *in rem* | * | MAG. DANIEL E. KNOWLES, III |
| SAFETY MANAGEMENT SYSTEMS, | * | |
| LLC, AND DR./EMT/HEALTHCARE | * | |
| PROVIDER, MIKE DOE | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

**CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS** filed by Robert Wayne Mooney, Jr., Offshore Services of Acadiana, LLC and W&T Offshore, Inc.;

**IT IS ORDERED** that all claims asserted in civil action number 12-969 by plaintiff, Robert Wayne Mooney, Jr., and against defendants, Offshore Services of Acadiana, LLC and W&T Offshore, Inc., be dismissed with prejudice; each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE