UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT WAYNE MOONEY, JR.**                        **CIVIL ACTION**

**VERSUS**                        **No. 12-969**

**W&T OFFSHORE, INC.**                        **SECTION I**

### ORDER

Considering the joint motion[1] to dismiss,

**IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, January 31, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 71.